# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:14-cv-00578-RC-ALM |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

COMES NOW Defendant Midland Credit Management, Inc., ("Midland" or "Defendant"), by and through its undersigned counsel, pursuant to Local Rule 26(c), hereby notifies the Court that Midland Credit Management, Inc.'s Initial Disclosures have been served upon Plaintiff, David E. Mack.

Respectfully submitted this 26th day of November, 2014.

/s/ Reid S. Manley
Reid S. Manley
Texas Bar No. 24047520
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

22303564 v1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this 26th day of November, 2014:

David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
Telephone:     (972) 735-9642
Email: mack2001@swbell.com

                                                  /s/ Reid S. Manley
                                                  OF COUNSEL